IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TYREE DESMOND LINDSEY,
    Plaintiff,

vs.                                       Case No.: 3:12cv415/RV/EMT

SHERIFF DAVID MORGAN,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (doc. 1). On September 10, 2012, this court granted Plaintiff's motion to proceed in forma pauperis and ordered him to pay an initial partial filing fee in the amount of $17.69 on or before October 10, 2012 (*see* docs. 4, 5). Plaintiff failed to pay the initial partial filing fee; therefore, on October 12, 2012, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 6). Plaintiff was subsequently given several extensions of time to pay the initial partial filing fee or explain his inability to do so, with the most recent deadline set as January 28, 2013 (*see* docs. 7, 8, 9, 10, 11, 12). That date has now passed, and Plaintiff has failed to pay the initial partial filing fee or explain his inability to do so.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 30th day of January 2013.

                                                /s/ *Elizabeth M. Timothy*
                                                **ELIZABETH M. TIMOTHY**
                                                **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**